UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>    MELINDA JANE EBEL,<br><br>        Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>UNITED STATES TRUSTEE and DANA FRAZIER, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | Case No. 07-cv-278-JPG |
| IN RE:<br><br>    JOHNSONS SIDING AND REPLACEMENT WINDOWS, INC.,<br><br>        Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>UNITED STATES TRUSTEE and DANA FRAZIER, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | Consolidated with:<br><br>No. 07-cv-388-JPG |

| | |
|---|---|
| IN RE:<br><br>    CHARLES DANIEL BURNHAM and KIMBERLY<br>    DIANE BURNHAM,<br>        Debtors.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and<br>WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>UNITED STATES TRUSTEE and CYNTHIA A. HAGAN,<br>Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-438-JPG |
| IN RE:<br><br>    ANTHONY HUGO CHAMBLISS,<br><br>        Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and<br>WILLIAM E. WELLS,<br><br>        Appellants,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and CYNTHIA A<br>HAGAN, Chapter 7 Trustee,<br><br>        Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>        Intervenor. | and<br><br>No. 07-cv-441-JPG |

| | |
|---|---|
| IN RE:<br><br>    KATHLEEN ANN SCHEEL,<br><br>          Debtor.<br><br>FINANCIAL SERVICES LAW PRACTICE, P.C. and WILLIAM E. WELLS,<br><br>          Appellants,<br><br>    v.<br><br>NANCY GARGULA, United States Trustee, and DANA S. FRAZIER, Chapter 7 Trustee,<br><br>          Appellees,<br><br>and<br><br>ROBERT E. EGGMAN, Chapter 7 Trustee,<br><br>          Intervenor. | and<br><br>No. 07-cv-442-JPG |

## **JUDGMENT**

This matter having come before the Court and the parties having agreed to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated appeals are dismissed with prejudice.

    **Dated: December 19, 2008**          **NORBERT G. JAWORSKI, Clerk**

                                                                          **By:s/Deborah Agans, Deputy Clerk**

        **Approved:**    s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**